**VIRGINIA & AMBINDER, LLP**
By: Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>TOTAL MASONRY, LLC,<br><br>Defendant. | Case No. 18 Civ. 0216 (RMB)(JS)<br><br>DEFAULT JUDGMENT |

The Summons and Complaint in this action having been duly served on the above-named Defendant TOTAL MASONRY, LLC ("TOTAL"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted, ~~and upon the annexed Declaration of Default Judgment,~~ [Docket No. 7]

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of TOTAL, the Defendant, with its principal place of business at 2639 South Main Road, Vineland, New Jersey 08360, in the amount of $765,965.48, consisting of (1) contributions to the Funds in the principal amount of

$520,880.07 plus interest in the amount of $137,717.41 and liquidated damages in the amount of $104,176.01, (2) attorneys' fees and costs in the amount of $3,191.99; plus (3) interest from May 29, 2018 through the date of judgment, (4) and such further legal, equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

_____
Hon. Renee M. Bumb, U.S.D.J.

This document was entered on the docket on

___July 11, 2018___.